UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
|    Plaintiff, § | | |
| § | CRIMINAL ACTION NO: | |
| v. § | 3:15-CR-164-B | |
| § | | |
| AYITEY AYAYEE-AMIM (02), § | | |
| MICHAEL UMUNNAKWE (03), § | | |
| ELIZABETH UWAGBOI-UGBECHE (04), § | | |
| OLUSOLA ADEREMI AKINGBADE (05), § | | |
| BYRON FELTON CONNER (06), § | | |
|    Defendants. § | | |

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE

Before the Court is Defendant Elizabeth Uwagboi-Ughbeche's Unopposed Motion for Continuance filed May 11, 2016. Said motion, in accordance with the findings set forth below, on this May 24, 2016, is GRANTED.

In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and the defendants in a speedy trial. In this regard, the Court has considered factors which indicate that its failure to grant this motion would deny counsel for defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additionally, this case has previously been declared complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) (doc. 41), and therefore, any period of delay resulting from this Court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161. Further, this case will be tried as to all co-defendants. *See* 18 U.S.C. § 3161(h)(6).

This case is reset for jury trial on **August 15, 2016, at 9:00 a.m.** Defendants' pretrial motions, if any, must be filed by **June 27, 2016**, and the Government's responses thereto, by **July 11, 2016**. Pretrial Conference is hereby set for **August 12, 2016, at 10:00 a.m.**

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **July 25, 2016.**

**SO ORDERED.**

Signed May 24, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE